| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|-----|------|-------|-------|-----------|-----|
| 5YX | 067347 | 000915 | | 0000300107 | 1 |

# Earnings Statement



OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

Period Beginning: 07/13/2025
Period Ending: 07/19/2025
Pay Date: 07/25/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

TIMOTHY WAYNE WEAKLEY
5214 WITNER STREET
BARBERTON OH 44203

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 46,183.80 |
| **Gross Pay** | | | **$1,539.46** | 46,183.80 |

**Deductions** **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -177.41 | 5,322.30 |
| Social Security Tax | -95.45 | 2,863.40 |
| Medicare Tax | -22.33 | 669.67 |
| OH State Income Tax | -39.56 | 1,186.80 |
| Barberton Income Tax | -34.64 | 1,039.20 |
| **Net Pay** | **$1,170.07** | |
| Checking | -1,170.07 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,539.46

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Available Perso | | 2.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 2

© 2000 ADP, Inc.



OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

**Advice number:** 00000300107
Pay date: 07/25/2025

**Deposited to the account of**
TIMOTHY WAYNE WEAKLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxx3216 | xxxx xxxx | $1,170.07 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| 5YX | 067347 | 000915 | | 0000260109 | 1 |

# Earnings Statement 

OHIO FARMS PACKING CO LTD  
2416 E WEST SALEM ROAD  
CRESTON, OH 44217

Period Beginning: 06/15/2025  
Period Ending: 06/21/2025  
Pay Date: 06/27/2025

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
Federal: Standard Withholding Table

TIMOTHY WAYNE WEAKLEY  
5214 WITNER STREET  
BARBERTON OH 44203

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 40,025.96 |
| **Gross Pay** | | | **$1,539.46** | 40,025.96 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -177.41 | 4,612.66 |
| | Social Security Tax | -95.45 | 2,481.61 |
| | Medicare Tax | -22.33 | 580.38 |
| | OH State Income Tax | -39.56 | 1,028.56 |
| | Barberton Income Tax | -34.64 | 900.64 |
| | **Net Pay** | **$1,170.07** | |
| | Checking | -1,170.07 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Perso | 2.00 | |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Exemptions/Allowances:  
OH: 2

Your federal taxable wages this period are $1,539.46

© 2000 ADP, Inc.

---

OHIO FARMS PACKING CO LTD  
2416 E WEST SALEM ROAD  
CRESTON, OH 44217

**Advice number:** 00000260109  
**Pay date:** 06/27/2025

**Deposited to the account of**  
TIMOTHY WAYNE WEAKLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0233 | xxxx xxxx | $1,170.07 |

*This is not a check*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| 5YX | 067347 | 000915 | | 0000270107 | 1 |

# Earnings Statement



OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

Period Beginning: 06/22/2025
Period Ending: 06/28/2025
Pay Date: 07/03/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

TIMOTHY WAYNE WEAKLEY
5214 WITNER STREET
BARBERTON OH 44203

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 41,565.42 |
| **Gross Pay** | | | **$1,539.46** | 41,565.42 |

**Deductions** Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -177.41 | 4,790.07 |
| Social Security Tax | -95.45 | 2,577.06 |
| Medicare Tax | -22.32 | 602.70 |
| OH State Income Tax | -39.56 | 1,068.12 |
| Barberton Income Tax | -34.64 | 935.28 |
| **Net Pay** | **$1,170.08** | |
| Checking | -1,170.08 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Available Perso | | 2.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 2

Your federal taxable wages this period are
$1,539.46

© 2000 ADP, Inc.



OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

**Advice number:** 00000270107
**Pay date:** 07/03/2025

**Deposited to the account of**
TIMOTHY WAYNE WEAKLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0233 | xxxx xxxx | $1,170.08 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|-----|------|-------|-------|-----------|-----|
| 5YX | 067347 | 000915 | | 0000280107 | 1 |

# Earnings Statement



*OHIO FARMS PACKING CO LTD*
*2416 E WEST SALEM ROAD*
*CRESTON, OH 44217*

Period Beginning: 06/29/2025
Period Ending: 07/05/2025
Pay Date: 07/11/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**TIMOTHY WAYNE WEAKLEY**
**5214 WITNER STREET**
**BARBERTON OH 44203**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 43,104.88 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$1,539.46** | 43,104.88 |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.41 | 4,967.48 |
| | Social Security Tax | -95.44 | 2,672.50 |
| | Medicare Tax | -22.32 | 625.02 |
| | OH State Income Tax | -39.56 | 1,107.68 |
| | Barberton Income Tax | -34.64 | 969.92 |
| **Net Pay** | | **$1,170.09** | |
| Checking | | -1,170.09 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Perso | 2.00 | |
| Totl Hrs Worked | 8.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 2

Your federal taxable wages this period are
$1,539.46

© 2000 ADP, Inc.

---

OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

**Advice number:** 00000280107
Pay date: 07/11/2025



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **TIMOTHY WAYNE WEAKLEY** | xxxxxx0233 | xxxx xxxx | $1,170.09 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| 5YX | 067347 | 000915 | | 0000290107 | 1 |

# Earnings Statement 

OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

Period Beginning: 07/06/2025
Period Ending: 07/12/2025
Pay Date: 07/18/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

TIMOTHY WAYNE WEAKLEY
5214 WITNER STREET
BARBERTON OH 44203

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 44,644.34 |
| **Gross Pay** | | | **$1,539.46** | 44,644.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.41 | 5,144.89 |
| | Social Security Tax | -95.45 | 2,767.95 |
| | Medicare Tax | -22.32 | 647.34 |
| | OH State Income Tax | -39.56 | 1,147.24 |
| | Barberton Income Tax | -34.64 | 1,004.56 |
| | **Net Pay** | **$1,170.08** | |
| | Checking | -1,170.08 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Perso | 2.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 2

Your federal taxable wages this period are
$1,539.46

© 2000 ADP, Inc.

OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

**Advice number:** 00000290107
**Pay date:** 07/18/2025

This is not a check

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| TIMOTHY WAYNE WEAKLEY | xxxxx3216 | xxxx xxxx | $1,170.08 |

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 5YX | 067347 | 000915 | | 0000220116 | 034 1 |

**Earnings Statement**

ADP

OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

Period Beginning: 05/18/2025
Period Ending: 05/24/2025
Pay Date: 05/30/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

TIMOTHY WAYNE WEAKLEY
5214 WITNER STREET
BARBERTON OH 44203

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1539.46 | | 1,539.46 | 33,868.12 |
| **Gross Pay** | | | **$1,539.46** | 33,868.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.41 | 3,903.02 |
| | Social Security Tax | -95.44 | 2,099.82 |
| | Medicare Tax | -22.32 | 491.09 |
| | OH State Income Tax | -39.56 | 870.32 |
| | Barberton Income Tax | -34.64 | 762.08 |
| | **Net Pay** | **$1,170.09** | |
| | Checking | -1,170.09 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Perso | 2.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 2

Your federal taxable wages this period are
$1,539.46

© 2000 ADP, Inc.

OHIO FARMS PACKING CO LTD
2416 E WEST SALEM ROAD
CRESTON, OH 44217

Advice number: 00000220116
Pay date: 05/30/2025

Deposited to the account of
TIMOTHY WAYNE WEAKLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0233 | xxxx xxxx | $1,170.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



7/30/25, 11:01 AM IMG_0008[1].png (1536×2048)



file:///C:/Users/nicole/AppData/Local/Microsoft/Windows/INetCache/IE/K233Q9GG/IMG_0008[1].png 1/1