# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No 25-51310 |
| Timothy W Weakley | ) | Judge Alan Koschik |
| | ) | |
| | ) | **MOTION TO COMPEL** |
| Debtors. | ) | **JD BYRIDER TO TURNOVER** |
| | ) | **2012 CHEVROLET CAMARO** |

Now comes the Debtor, by and through the undersigned counsel, to respectfully request this court to compel JD Byrider to turnover the Debtors 2012 Chevrolet Camaro.

Debtor's petition was filed on July 30, 2025 and Debtor properly scheduled JD Byrider. About the same time the case was filed JD Byrider repossessed the Debtors 2012 Chevrolet Camaro. Debtors counsel informed JD Byrider of the filing of the Chapter 13 case shortly after it was filed. JD Byrider is refusing to return the vehicle to the Debtor.

At first JD Byrider seemed like they were going to cooperate and return the vehicle. Debtor provided full coverage insurance but was subsequently informed they were not going to return the vehicle regardless of the Chapter 13 filing.

Section 542(a) states "an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall *deliver* to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate."

Under 11 U.S.C. 1303, the Debtor has the ability to initiate recovery of their vehicle as it states in part "Subject to any limitations on a trustee under this chapter, the debtor shall have, exclusive of the trustee, the rights and powers of a trustee under sections 363(b), 363(d), 363(e), 363(f), and 363(l), of this title."

Lastly, 11 U.S.C. § 1306 statute explicitly states: "Except as provided in a confirmed plan or order confirming a plan, the debtor shall remain in possession of all property of the estate."

Debtor requests an Order that Compels turnover of the 2012 Chevrolet Camaro to the Debtor and Debtor also prays for such other relief as may be just and appropriate.

Respectfully Submitted:

/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger #0078316
Thrush & Rohr, L.L.C.
4930 Hills & Dales Rd NW
Canton OH 44708
330-479-9494
330-479-9585 fax

Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 25-51310 |
| Timothy W. Weakley | ) | Judge Alan Koschik |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF MOTION TO COMPEL TURNOVER**

Debtor Timothy Weakley has filed papers with the court to compel JD Byrider to turnover the 2012 Chevrolet Camarao.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to grant the motion to compel, or if you want the court to consider your views on the motion, then on or before **August 18, 2025,** you or your attorney must:

File with the court a written response, explaining your position, and request a hearing, at:

**US Bankruptcy Court**
**455 Federal Building**
**2 South Main Street**
**Akron, Ohio 44308**

**You must also mail a copy to:**

| **Debtor(s) Attorney** | **Chapter 13 Trustee** |
|---|---|
| Nicole L Rohr-Metzger | Keith L. Rucinski, |
| Attorney for Debtor(s) | One Cascade Plaza, Suite 2020 |
| 4930 Hills & Dales Rd., NW | Akron, Ohio 44308 |
| Canton, Ohio 44708 | |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: August 4, 2025               Signature: /s/Nicole L. Rohr
                                   Name: Nicole L. Rohr-Metzger
                                         4930 Hills & Dales Rd NW
                                         Canton, Ohio 44708

# CERTIFICATE OF SERVICE

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was sent by regular US Mail, postage prepaid, this August 4, 2025 to the following individuals:

JD Byrider
777 Canton Rd
Akron OH 44312

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about August 4, 2025 to the following who are listed on the Court's Electronic Mail Notice List:

Nicole L. Rohr-Metzger on behalf of Debtor Timothy W Weakley
nicole@thrushandrohr.com, office@thrushandrohr.com;thrushrohr@gmail.com;r47567@notify.bestcase.com

Keith Rucinski
efilings@ch13akron.com

/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger