# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| | ) | **CASE NO. 25-51310** |
| TIMOTHY W. WEAKLEY | ) | |
| | ) | **JUDGE ALAN KOSCHIK** |
| Debtor. | ) | |
| | ) | **CREDITOR, NATIONAL AUTO** |
| | ) | **GROUP, INC. DBA BYRIDER-** |
| | ) | **AKRON'S SUPPLEMENT TO** |
| | ) | **RESPONSE IN OPPOSITION TO** |
| | ) | **MOTION TO COMPEL** |

Creditor, National Auto Group, Inc. d/b/a Byrider-Akron ("Byrider") hereby submits this supplement to its Response in Opposition to the Motion to Compel (the "Motion") that had been filed by the Debtor, Timothy W. Weakley (the "Debtor") with regard to a 2012 Chevrolet Camaro (the "Vehicle"). As attested in the true and correct copy of the Affidavit of Monica Chepeus, attached hereto as Exhibit "1" (the "Chepeus Affidavit"), Byrider is the current owner of the Vehicle with VIN 2G1FB1E36C9167916 per the true and correct copy of the Certificate of Title attached to the Chepeus Affidavit as Exhibit "A" (Chepeus Affidavit at ¶ 3.) Title to the Vehicle was not transferred to the Debtor because the Debtor failed to pay the full downpayment of $3,750.00 per the terms of the true and correct copies of the July 12, 2025 Ohio Retail Installment Contract and Security Agreement and Ohio Retail Buyer's Order attached to the Chepeus Affidavit as Exhibit "B". (Chepeus Affidavit at ¶ 4.) Accordingly, Byrider is the current title holder of the Vehicle and has no obligation to transfer title of the Vehicle to the Debtor.

Byrider is also currently in possession of the Vehicle by virtue of repossessing the Vehicle on July 30, 2025. Byrider engaged R&S Towing and Recovery, LLC ("R&S") to repossess the Vehicle due to the Debtor's failure to pay the full amount of the downpayment. (Affidavit of

Robert Fekete (the "Fekete Affidavit") at ¶ 3, attached hereto as Exhibit "2" and incorporated by reference herein.) On July 30, 2025 at 11:49 a.m., R&S repossessed the Vehicle from the Debtor at 5214 Witner Street, Barberton, Ohio 44203 and then called in a report of repossessing the Vehicle to the Barberton Police Department at 12:34 p.m. (Fekete Affidavit at ¶ 4.) The Debtor filed his Chapter 13 Bankruptcy Petition on July 30, 2025 at 11:52 a.m. after R&S had repossessed the Vehicle. Neither Byrider nor R&S had knowledge of the Debtor filing for or intending to file for bankruptcy at the time of repossession of the Vehicle (Chepeus Affidavit at ¶ 5 and Fekete Affidavit at ¶ 5.)

By virtue of Byrider's title to the Vehicle, possession of the Vehicle, and repossession of the Vehicle prior to the Debtor filing for bankruptcy, the Debtor's Motion should be denied and Byrider should be entitled to maintain title to and possession of the Vehicle.

Respectfully submitted,

/s/ Matthew R. Duncan
Matthew R. Duncan (0076420)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
P: (330) 253-5060 / F: (330) 253-1977
mrduncan@bmdllc.com
Attorney for National Auto Group, Inc. d/b/a
Byrider-Akron

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, the foregoing was electronically filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy was also sent via email to:

Nicole L. Rohr-Metzger
nicole@thrushandrohr.com
*Attorney for Debtor*

Keith L. Rucinski, Chapter 13 Trustee
efilings@ch13akron.com

and by regular U.S. mail to:

Timothy W. Weakley
5214 Witner Street
Barberton, OH 44203

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH 44114


*/s/ Matthew R. Duncan*
Matthew R. Duncan (0076420)
*Attorney for National Auto Group, Inc. d/b/a Byrider-Akron*

4935-6388-0042, v. 1