EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO. 25-51310 |
| TIMOTHY W. WEAKLEY | ) |
| | ) JUDGE ALAN KOSCHIK |
| Debtor. | ) |
| | ) **AFFIDAVIT OF ROBERT FEKETE** |

The undersigned, Robert Fekete, being first duly sworn according to law, deposes and says as follows:

1. I am over 18 years of age and have personal knowledge of and am competent to testify to the matters contained in this Affidavit.

2. I am the owner of R&S Towing and Recovery, LLC ("R&S"), an Ohio limited liability company.

3. National Auto Group, Inc. dba Byrider-Akron ("Byrider") engaged R&S to repossess a 2012 Chevrolet Camaro with VIN number 2G1FB1E36C9167916 (the "Vehicle") from Timothy Wayne Weakley ("Weakley").

4. On July 30, 2025 at 11:49 a.m., I, on behalf of R&S, repossessed the Vehicle from Weakley at 5214 Witner Street, Barberton, Ohio 44203. I then called in a report of repossessing the Vehicle to the Barberton Police Department at 12:34 p.m.

5. I and R&S had no knowledge of Weakley filing for or intending to file for bankruptcy at the time of repossession.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Fekete

SWORN TO and subscribed before me this \_\_11th\_\_ day of September, 2025.

SUSAN JAKUSZEWSKI, NOTARY PUBLIC
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires March 14, 2027

_____
Notary Public

4923-2739-1591, v. 1

2