Fill in this information to identify the case:

Debtor 1  Timothy  Wayne  Weakley
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Central District of California

Case number:  25 - 51310

Form 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: $4,086.90 | |
|---|---|
| Claimant's Name: | Timothy Wayne Weakley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 406 Park Lane 406 Park Lane Florence, Al. 35630 |

## 2. Claimant Information

Applicant[2] represents the following:

[✓] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____

_____.

[ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

## 3. Applicant Information

Applicant represents the following:

[✓] Applicant is the Claimant.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Supporting Documentation

[✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

## 5. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of United States Attorney
801 West Superior Ave.
Suite 400
Cleveland, Ohio
44113-1852

Office of the United States Attorney
Central District of California
Civil Process Clerk-Federal Building
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: 6/3/2020 | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| Timothy Wayne Weakley Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address: 406 Park Lane Florence, Alabama 35630 | Address: |
| Telephone: +1-330-808-2649 | Telephone: _____ |
| Email: timothyweakley@yahoo.com | Email: _____ |

## 7. Notarization

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated_____ was subscribed and sworn to (or affirmed) before me on this____day of___JUN____, 20____by     QUEZON CITY

_____
who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)        Notary Public _____

0 3 JUN              QUEZON CITY

DOC NO. 271
PAGE NO. 56
BOOK NO.
SERIES OF 2020

# U.S. Courts Unclaimed Funds Locator

Home   About

## Court / ALL

Edit Search

| Case Number | 25-51310 | Page Total | $4,086.90 |
| --- | --- | --- | --- |
| Last/Business Name | Weakley | First Name | Timothy |

## Creditors | 1



| Court | Creditor Name* | Amount |
| --- | --- | --- |
| OHNB | Timothy Weakley | $4,086.90 |

Version 3.03e - © 2015-2026 US Courts -
Collaboratively Developed Software (VAEB)

